# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DANNY MOORE                                                                                          PLAINTIFF

v.                             CASE NO. 3:10CV00149 JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 20th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE